[No. 31765-2-I.     Division One.     May 1, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. KEVIN JON KOMARNISKI, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 92-1-00740-6, Stuart C. French, J., entered November 2, 1992. *Affirmed* by unpublished opinion per Kennedy, A.C.J., concurred in by Coleman and Webster, JJ.

[No. 31302-9-I.     Division One.     May 1, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. MAUA MUASAU, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-02820-1, Robert S. Lasnik, J., entered November 10, 1993. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Grosse, J., concurred in by Webster, J., and Scholfield, J. Pro Tem.

[No. 33313-5-I.     Division One.     May 1, 1995.]

THE STATE OF WASHINGTON, *Appellant*, v. FREDDIE LEE PRINCE, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 93-1-01914-5, Carmen Otero, J., entered July 26, 1993. *Reversed* and *remanded* by unpublished opinion per Grosse, J., concurred in by Kennedy, A.C.J., and Coleman, J.

[No. 16812-0-II.     Division Two.     May 1, 1995.]

PAUL WITTE, ET AL, *Appellants*, v. GERALD G. AUSTIN, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Clallam County, No. 91-2-00689-2, Grant S. Meiner, J., entered December 17, 1992. *Affirmed* by unpublished opinion per Seinfeld, C.J., concurred in by Wiggins and Fleisher, JJ.